IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-CR-00260-RJC-DSC

| | | |
|---|---|---|
| USA | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KYREE CATHEY-HINES | ) | |
| | ) | |

**THIS MATTER** is before the Court on the defendant's pro se motion for an emergency bond hearing concerning compassionate release. (Doc. No. 26).

The defendant is awaiting sentencing and is currently represented by counsel. (Appointment of Counsel, Aug. 28, 2020). Local Criminal Rule 47.1(g) requires motions to be filed by counsel unless a defendant has formally waived his right to counsel before a judicial officer.

**IT IS, THEREFORE, ORDERED**, that the defendant's pro se motion is **DENIED**.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and to the United States Attorney.

Signed: June 9, 2021

Robert J. Conrad, Jr.
United States District Judge